**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Enrique BALTAZAR–GONZALEZ,
Defendant–Appellant.**

**No. 03–20012.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 2003.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, David Hill Peck, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM.*

Enrique Baltazar–Gonzalez, who pleaded guilty to the transportation of illegal

aliens, appeals the increase of his offense level under U.S.S.G. § 2L1.1(b)(5). Baltazar's offense involved him driving a car with one alien riding in the front passenger seat, three aliens riding in the back seat, and two aliens riding in the trunk. Although the vehicle's back seat could be folded down to allow more room in the trunk, the district court's determination that the aliens in the trunk would not have been able to fold down the back seat, on which three passengers sat, was not clear error.

We uphold the application of U.S.S.G. § 2L1.1(b)(5) to Baltazar's case. *See* U.S.S.G. § 2L1.1, comment. (n.6); *United States v. Garcia–Guerrero,* 313 F.3d 892, 895 (5th Cir.2002); *United States v. Cuyler,* 298 F.3d 387, 390–91 (5th Cir.2002).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.